UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Andrew Anderson<br><br>    Plaintiff,<br><br>v.<br><br>Bay Area Credit Service, LLC<br><br>    Defendant. | Case No. 1:10-cv-00837-AWI-JLT<br><br><br>**ORDER GRANTING<br>STIPULATION TO DISMISS<br>WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.   The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   December 10, 2010                                    _____
                                                              CHIEF UNITED STATES DISTRICT JUDGE